IN THE SUPREME COURT OF TEXAS

 No. 05-0382

 IN RE H. BEN TAUB, ET AL.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed May 17, 2005, is
granted. All trial court proceedings in Cause No. 727,188, styled City of
Houston and Harris County, Texas v. Henry J.N. Taub, et al., in the County
Civil Court at Law No 4 of Harris County, Texas, are stayed pending further
order of this Court.

 Done at the City of Austin, this June 24, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk